ACCEPTED
03-15-00290-CR
5277323
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/14/2015 8:32:45 AM
JEFFREY D. KYLE
CLERK



# DISTRICT ATTORNEY'S OFFICE
## 33ʀᴅ & 424ᴛʜ Judicial Districts
### COUNTIES OF
### BLANCO • BURNET • LLANO • SAN SABA

# Wiley B. McAfee
**District Attorney**

May 14, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

5/14/2015 8:32:45 AM

JEFFREY D. KYLE
Clerk

Mr. Jeffery D. Kyle
Clerk of Court of Appeals
P. O. Box 12457
Austin, TX 78711

Re:   Case No. 03-15-00290-CR; Rafael Hernandez-Prado v. The State of Texas
      Appeal from Cause No. 9767A in the 33rd District Court of Burnet County

Dear Mr. Kyle:

Please accept this letter as our designation of Lead Counsel for the State of Texas, Appellee, in the above described case.   Lead Counsel for this case is:

Gary W. Bunyard
Assistant District Attorney
P.O. Box 725
Llano, TX 78643
(325) 247-5755 (voice)
(325) 247-5274 (fax)
g.bunyard@co.llano.tx.us
Texas State Bar No. 03353500

Sincerely,

Gary W. Bunyard
Assistant District Attorney

cc:   Mr. Gary E. Prust
      Attorney for Appellant
      via eServe

811 Berry Street • P.O. Box 725 • Llano, Texas 78643 • 325-247-5755 • Fax 325-247-5274